IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

DISH NETWORK, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 2, 2013.**

    Plaintiff's second Unopposed Motion to Vacate Order Setting Scheduling Conference and Reset Scheduling Conference Date [filed July 2, 2013; docket #24] is **denied without prejudice**. Plaintiff's request to extend the scheduling conference date to an unknown date in the future violates D.C. Colo. LCivR 6.1D. To the extent the parties seek to stay the proceedings of this case temporarily, such request requires different standards and must be sought according such standards.