**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

DISH NETWORK, LLC,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Plaintiff's Motion to Strike Reply Memorandum of Dish Network in Support of Its Objection to Recommendation of United States Magistrate Judge [#37]** [#38] filed September 27, 2013.  After reviewing the motion and the record, the court has concluded that the motion should be denied.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Plaintiff's Motion to Strike Reply Memorandum of Dish Network in Support of Its Objection to Recommendation of United States Magistrate Judge [#37]** [#38] is **DENIED.**

    Dated:    March 3, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.