IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

DISH NETWORK, LLC,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2014.**

    The Stipulation and Joint Motion for Protective Order [filed June 19, 2014; docket #54] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The Court will not retain jurisdiction as set forth in paragraph 14.

    In addition, if the parties choose to re-file the motion, the proposed order shall be filed as an attachment to the motion and a copy of the proposed order shall be emailed to chambers in a useable format.