**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

      Plaintiff,

v.

DISH NETWORK, LLC,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The **Joint Motion To Exceed Page Limitations on Motions for Summary Judgment** [#53][2] filed June 2, 2014, is **GRANTED** in part and **DENIED** in part, as specified below. The page limitation for motions for summary judgment and responses is expanded to 30 pages. The page limitation for replies is expanded to 15 pages. If the parties seek an additional expansion of the page limitations based on their inability to stipulate to certain facts, one or both of the parties may file a separate motion seeking an additional expansion of the page limitations.

      **IT IS FURTHER ORDERED** that the **Recommendation of United States Magistrate Judge** [#57] entered July 10, 2014, is **APPROVED** and **ADOPTED** on the terms stated in this minute order.

      Dated: July 14, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.