IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

      Plaintiff,

v.

DISH NETWORK, LLC,

      Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2015.**

      For good cause shown, the Stipulation and Joint Motion for Protective Order [filed January 29, 2015; docket #68] is **granted**.  The parties' Stipulated Protective Order is accepted and filed contemporaneously with this minute order.