IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00560-REB-MEH | Date: | February 23, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                              *Counsel:*

ACE AMERICAN INSURANCE COMPANY                Thomas Jones
                                                                        Christopher Clemenson

        Plaintiff,

v.

DISH NETWORK LLC                                            Lee Epstein

        Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
STATUS CONFERENCE**

---

**Court in session:        10:17 a.m.**

The Court calls case.   Appearances of counsel by telephone.

Discussion was held regarding [77] Motion for Issuance for Subpoena to Appropriate Authority in Cook County, Illinois by Plaintiff and [76] Motion for issuance of Subpoena to the Appropriate Authority in New York.

IT IS ORDERED THAT the above motions are DENIED.

Additional discussion was held regarding deadline and hearing date extension.   A separate ruling will be entered regarding any extensions.

**Court in recess:        10:31 a.m.        (Hearing concluded)**
Total time in court:     0:14

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.