IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

DISH NETWORK, LLC,

    Defendant.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Michael E. Hegarty, United States Magistrate Judge**.

    This matter comes before the Court at the request of the parties during a Status Conference held today, February 23, 2015. Although this matter could be viewed as "non-dispositive" and, thus, amenable to an Order by me rather than a Recommendation, the relief sought by the parties uniquely implicates Judge Blackburn's trial schedule and utilization of his chamber's resources. Therefore, I believe it best to proceed by recommendation and allow the parties to respond to my comments, leaving the ultimate decision to Judge Blackburn.

    The parties request that the Scheduling Order be amended to allow for discovery of the duty to defend claim, then separately, the duty to indemnify claim, upon the resolution of the underlying civil action in state court. To ensure an opportunity for the case to be tried within approximately three years of its inception, this Court made some modifications to the parties' proposal and, thus, recommends that the District Court grant the parties' request to modify the Scheduling Order as follows:

Duty to Defend claim

| | |
|---|---|
| Initial expert disclosures: | April 7, 2015 |
| Rebuttal expert disclosures: | May 4, 2015 |
| Discovery cutoff: | May 11, 2015 |
| Dispositive motions due: | June 15, 2015 |
| Response(s): | July 13, 2015 |
| Reply(ies): | July 31, 2015 |

Duty to Indemnify claim

| | |
|---|---|
| Initial expert disclosures: | November 16, 2015 |
| Rebuttal expert disclosures: | December 14, 2015 |
| Discovery cutoff: | December 21, 2015 |
| Dispositive motions due: | January 4, 2016 |
| Trial & preparation conference | March 2016 (as Judge Blackburn's schedule permits) |

WHEREFORE, this Court respectfully **recommends** that the District Court grant the parties' request to modify the Scheduling Order in this case as set forth above.[1]

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *In re Garcia*, 347 F. App'x 381, 382-83 (10th Cir. 2009).

Respectfully submitted at Denver, Colorado, this 23rd day of February, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge