IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

     Plaintiff,

v.

DISH NETWORK, LLC,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2015**.

     Before the Court is Plaintiff's Amended Motion to Shorten Time for Consideration of Motion to Exclude [filed June 1, 2015; docket #88]. Plaintiff seeks an order shortening the briefing schedule for its pending motion to exclude Defendant's expert to allow the Court to rule on the pending motion before the dispositive motions deadline of June 15, 2015. However, the deadline has passed and the parties have filed their respective motions for summary judgment; accordingly, the motion is **denied as moot**.