**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00560-REB-MEH

ACE AMERICAN INSURANCE COMPANY,

      Plaintiff,

v.

DISH NETWORK, LLC,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Concerning Cross Motions for Summary Judgment** [#171] of Judge Robert E. Blackburn entered on March 28, 2016, it is

ORDERED that under 28 U.S.C. § 2201 and § 2202, the Declaratory Judgment Act, judgment enters declaring

(A) that the plaintiff, ACE American Insurance Company, has no obligation to defend or to pay defense costs on behalf of the defendant, DISH Network LLC, based on the claims asserted against DISH Network LLC in the **Third Amended Complaint and Demand for Jury Trial** filed February 27, 2015, in ***U.S., et al. V. DISH Network LLC***, Case No. 3:09-cv-03073 (C.D. Illinois); and

(B) that the plaintiff, ACE American Insurance Company, has no obligation to indemnify the defendant, DISH Network LLC, based on the claims asserted against DISH Network LLC in the **Third Amended Complaint and Demand for Jury Trial** filed

February 27, 2015, in ***U.S., et al. V. DISH Network LLC***, Case No. 3:09-cv-03073 (C.D. Illinois); it is

FURTHER ORDERED that the plaintiff is awarded its costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 28th day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  K. Finney

K. Finney
Deputy Clerk